UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SEEGERS,<br><br>          Plaintiff,<br><br>v.<br><br>SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC,<br><br>          Defendants. | Case No.: 2:26-cv-03783-AH-MBKx<br><br>**ORDER GRANTING STIPULATION FOR ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT [38]**<br><br>Complaint Filed: April 9, 2026<br>Current Response Date: June 12, 2026<br>New Response Date: July 6, 2026 |

Case No.: 2:26-cv-03783-AH-MBK

ORDER GRANTING STIPULATION FOR ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

On June 11, 2026, Plaintiff William L. Seegers ("Plaintiff") and Defendant Launch Servicing, LLC ("Defendant") (collectively, the "Parties") filed a Joint Stipulation for Order Extending Time to Respond to Initial Complaint (the "Stipulation").

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant shall file and serve its response to Plaintiff's Complaint on or before July 6, 2026.

There shall be no further request for extension.

IT IS SO ORDERED.

Dated: JUNE 11, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

Case No.: 2:26-cv-03783-AH-MBK        -1-
ORDER GRANTING STIPULATION FOR ORDER EXTENDING TIME TO
RESPOND TO INITIAL COMPLAINT