BENJAMIN SHIN (SBN 358333)
*BShin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SEEGERS,<br><br>           Plaintiff,<br><br>     v.<br><br>SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC,<br><br>           Defendants. | Case No. 2:26-cv-03783-AH-MBK<br><br>Hon. Anne Hwang<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Courtroom: 9C<br>Complaint Filed:   April 9, 2026 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXPERIAN ANSWER TO COMPLAINT                                 CASE NO. 2:26-CV-03783-AH-MBK

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff William Seegers's ("Plaintiff") Complaint (the "Complaint") as follows:

## INTRODUCTION

1. In response to Paragraph 1 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of Paragraph 1 inconsistent therewith.

2. In response to Paragraph 2 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.1 *et seq*. Experian affirmatively states that the California Consumer Credit Reporting Agencies Act speaks for itself and, on that basis, denies any allegations of Paragraph 2 inconsistent therewith.

3. In response to Paragraph 3 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. Experian affirmatively states that the Fair Debt Collection Practices Act speaks for itself and, on that basis, denies any allegations of Paragraph 3 inconsistent therewith.

4. In response to Paragraph 4 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq*. Experian affirmatively states that the Rosenthal Fair Debt Collection Practices Act speaks for itself and, on that basis, denies any allegations of Paragraph 4 inconsistent therewith.

5. In response to Paragraph 5 of the Complaint, Experian admits that it is named as a defendant in this action. Experian denies that it reported any erroneous, negative, or derogatory information on Plaintiff's consumer credit reports, denies that

Goodwin Procter LLP
Attorneys at Law
Los Angeles

EXPERIAN ANSWER TO COMPLAINT                                      CASE NO. 2:26-CV-03783-AH-MBK

it failed to correct any such information, and denies that it caused Plaintiff any damages. As to the allegations in Paragraph 5 of the Complaint that relate to the other defendants SunStrong Management LLC ("SunStrong"), Launch Servicing, LLC ("Launch Servicing"), Trans Union LLC ("TransUnion"), and Equifax Information Services LLC ("Equifax"), Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 5 of the Complaint.

6.    In response to Paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.    In response to Paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.    In response to Paragraph 8 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 8 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 8 of the Complaint.

9.    In response to Paragraph 9 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 9 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 9 of the Complaint.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

3

10.    In response to Paragraph 10 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian denies, generally and specifically, each and every allegation of Paragraph 10 of the Complaint to the extent it purports to impose liability upon Experian beyond what is permitted by applicable law, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## JURISDICTION AND VENUE

11.    In response to Paragraph 11 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction is proper based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, 15 U.S.C. § 1692k(d), and 28 U.S.C. §§ 1331 and 1367. Experian states that this is a legal conclusion which is not subject to denial or admission.

12.    In response to Paragraph 12 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"), the California Consumer Credit Reporting Agencies Act ("CCRAA"), the Fair Debt Collection Practices Act ("FDCPA"), and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). Experian further admits that the Complaint seeks damages. Experian denies that it has violated the FCRA or CCRAA and denies that it is liable to Plaintiff for any alleged damages. As to the allegations in Paragraph 12 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 12 of the Complaint.

13.    In response to Paragraph 13 of the Complaint, Experian admits that it conducts business within the State of California. Experian states that the remaining

allegations of Paragraph 13 are legal conclusions which are not subject to denial or admission.

14.    In response to Paragraph 14 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391. Experian states that this is a legal conclusion which is not subject to denial or admission. Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## PARTIES

15.    In response to Paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    In response to Paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.    In response to Paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.    In response to Paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.    In response to Paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to Paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to Paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to Paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to Paragraph 24 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Experian further admits that it is qualified to do business and conducts business in the State of California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 24 of the Complaint.

25. In response to Paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Equifax, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

6

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

26.     In response to Paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at TransUnion, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to Paragraph 27 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and a "consumer credit reporting agency" as defined by Cal. Civ. Code § 1785.3(d). As to the allegations in Paragraph 27 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 27 of the Complaint.

28.     In response to Paragraph 28 of the Complaint, Experian admits that it is licensed to do business in California and conducts business in the State of California. As to the allegations in Paragraph 28 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 28 of the Complaint.

29.     In response to Paragraph 29 of the Complaint, Experian admits that it is regularly engaged in the business of furnishing consumer reports, as defined in 15 U.S.C. § 1681a(d), to third parties. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 29 of the Complaint. As to the allegations in Paragraph 29 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 29 of the Complaint.

30.     In response to Paragraph 30 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

7

EXPERIAN ANSWER TO COMPLAINT                                    CASE NO. 2:26-CV-03783-AH-MBK

sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 30 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 30 of the Complaint.

31. In response to Paragraph 31 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## GENERAL ALLEGATIONS

32. In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to Paragraph 33 of the Complaint, Experian admits that it conducts business within the State of California. As to the allegations in Paragraph 33 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 33 of the Complaint.

34. In response to Paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 34 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 34 of the Complaint.

35. In response to Paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it parrots furnisher information rather than conducting reasonable reinvestigations. As to the allegations in Paragraph 35 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 35 of the Complaint.

36. In response to Paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 36 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 36 of the Complaint.

37. In response to Paragraph 37 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 37 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 37 of the Complaint.

38. In response to Paragraph 38 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that its policies and procedures for maintaining its internal databases were unreasonable. As to the allegations in Paragraph 38 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies,

generally and specifically, each and every remaining allegation of Paragraph 38 of the Complaint.

## FACTUAL ALLEGATIONS
## RE: LAUNCH SERVICING/SUNPOWER/SUNSTRONG MANAGEMENT/LSL/SUNPOWER CORPORATION ACCOUNT NO. 80* OR *4505

39.    In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.    In response to Paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.    In response to Paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.    In response to Paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.    In response to Paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.    In response to Paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 45 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 45 of the Complaint.

46.     In response to Paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to Paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, including all subparts, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 49 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 49 of the Complaint, including all subparts.

50.   In response to Paragraph 50 of the Complaint, including all subparts, to the extent any credit report or file disclosure issued by Experian is referenced therein, such documents speak for themselves, and on that basis, denies any allegations of Paragraph 50 inconsistent therewith. Except as specifically stated, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 50 of the Complaint, including all subparts.

51.   In response to Paragraph 51 of the Complaint, including all subparts, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that any reporting by Experian was inaccurate or materially misleading. As to the allegations in Paragraph 51 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 51 of the Complaint, including all subparts.

52.   In response to Paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.   In response to Paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.   In response to Paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.   In response to Paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein, which are directed solely at SunStrong and Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.    In response to Paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to Paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to Paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 58 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 58 of the Complaint.

59.    In response to Paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 59 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 59 of the Complaint.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXPERIAN ANSWER TO COMPLAINT                                CASE NO. 2:26-CV-03783-AH-MBK

60.    In response to Paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong and Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.    In response to Paragraph 61 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 61 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 61 of the Complaint.

62.    In response to Paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at Equifax, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.    In response to Paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at TransUnion, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.    In response to Paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.    In response to Paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 65 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

14

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 65 of the Complaint.

66. In response to Paragraph 66 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 66 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 66 of the Complaint.

67. In response to Paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68. In response to Paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that its investigation and reinvestigation were not reasonable. As to the allegations in Paragraph 68 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 68 of the Complaint.

69. In response to Paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it conducted a superficial reinvestigation or accepted a verification without meaningful inquiry. As to the allegations in Paragraph 69 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 69 of the Complaint.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

15

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

70.     In response to Paragraph 70 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong and Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein, including all subparts.

71.     In response to Paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong and Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it failed to conduct a reasonable reinvestigation as required by 15 U.S.C. § 1681i. As to the allegations in Paragraph 72 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 72 of the Complaint.

73.     In response to Paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated 15 U.S.C. § 1681e(b). As to the allegations in Paragraph 73 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 73 of the Complaint.

74.     In response to Paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated Cal. Civ. Code § 1785.14(b). As to the allegations

in Paragraph 74 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 74 of the Complaint.

75.    In response to Paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated Cal. Civ. Code § 1785.16. As to the allegations in Paragraph 75 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 75 of the Complaint.

76.    In response to Paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations in Paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 76 of the Complaint.

77.    In response to Paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that its continued reporting was willful. As to the allegations in Paragraph 77 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 77 of the Complaint.

78.    In response to Paragraph 78 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that its failure to correct any inaccuracies was intentional or in reckless disregard of any duty. As to the allegations in Paragraph 78 of the Complaint

that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 78 of the Complaint.

79.    In response to Paragraph 79 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 79 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 79 of the Complaint.

80.    In response to Paragraph 80 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 80 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 80 of the Complaint.

81.    In response to Paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that Plaintiff suffered any actual damages as a result of any action or inaction by Experian. As to the allegations in Paragraph 81 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 81 of the Complaint

## CAUSE OF ACTION CLAIMED BY PLAINTIFF

## COUNT I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT

## 15 U.S.C. §§ 1681-1681X (FCRA)

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

18

**[AGAINST ALL DEFENDANTS]**

82.   In response to Paragraph 82 of the Complaint, Experian hereby incorporates by reference each and every response set forth above as though fully stated herein.

83.   In response to Paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 83 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 83 of the Complaint.

84.   In response to Paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong and Launch Servicing, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.   In response to Paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated 15 U.S.C. § 1681e(b). As to the allegations in Paragraph 85 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 85 of the Complaint.

86.   In response to Paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated 15 U.S.C. § 1681i. As to the allegations in Paragraph 86 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

19

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 86 of the Complaint.

87.    In response to Paragraph 87 of the Complaint, Experian denies that Plaintiff is entitled to any actual damages, attorney's fees, or costs from Experian pursuant to 15 U.S.C. § 1681o(a), and denies, generally and specifically, each and every remaining allegation of Paragraph 87 of the Complaint.

88.    In response to Paragraph 88 of the Complaint, Experian denies that Plaintiff is entitled to any actual damages, statutory damages, punitive damages, attorney's fees, or costs from Experian pursuant to 15 U.S.C. § 1681n(a), and denies, generally and specifically, each and every remaining allegation of Paragraph 88 of the Complaint.

## COUNT II
## VIOLATIONS OF CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT
## CALIFORNIA CIVIL CODE § 1785.1 *ET SEQ.*
## [AGAINST ALL DEFENDANTS]

89.    In response to Paragraph 89 of the Complaint, Experian hereby incorporates by reference each and every response set forth above as though fully stated herein.

90.    In response to Paragraph 90 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 90 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 90 of the Complaint.

91.    In response to Paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, which are directed solely at SunStrong and Launch Servicing, and,

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

20

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

on that basis, denies, generally and specifically, each and every allegation contained therein, including all subparts.

92.    In response to Paragraph 92 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated Cal. Civ. Code § 1785.14(b). As to the allegations in Paragraph 92 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 92 of the Complaint.

93.    In response to Paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including that it violated Cal. Civ. Code § 1785.16. As to the allegations in Paragraph 93 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 93 of the Complaint.

94.    In response to Paragraph 94 of the Complaint, Experian denies that Plaintiff is entitled to any damages from Experian pursuant to Cal. Civ. Code § 1785.31(a)(1), and denies, generally and specifically, each and every remaining allegation of Paragraph 94 of the Complaint.

95.    In response to Paragraph 95 of the Complaint, Experian denies that Plaintiff is entitled to any damages from Experian pursuant to Cal. Civ. Code § 1785.31(a)(2), including any punitive damages, and denies, generally and specifically, each and every remaining allegation of Paragraph 95 of the Complaint.

## COUNT III

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. §§ 1692 *ET SEQ.*

## [AGAINST LAUNCH SERVICING ONLY]

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

96. In response to Paragraph 96 of the Complaint, Experian hereby incorporates by reference each and every response set forth above as though fully stated herein.

97. In response to Paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98. In response to Paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99. In response to Paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100. In response to Paragraph 100 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein, including all subparts.

101. In response to Paragraph 101 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

102. In response to Paragraph 102 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information

sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT IV

## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

## CALIFORNIA CIVIL CODE §§ 1788 *ET SEQ.*

## [AGAINST SUNSTRONG AND LAUNCH SERVICING ONLY]

103. In response to Paragraph 103 of the Complaint, Experian hereby incorporates by reference each and every response set forth above as though fully stated herein.

104. In response to Paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105. In response to Paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106. In response to Paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107. In response to Paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

23

108.   In response to Paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109.   In response to Paragraph 109 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.   In response to Paragraph 110 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## RESPONSE TO DEMAND FOR JURY TRIAL

111.   In response to Paragraph 111 of the Complaint, Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (STATUTES OF LIMITATIONS AND REPOSE)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

24

EXPERIAN ANSWER TO COMPLAINT                              CASE NO. 2:26-CV-03783-AH-MBK

## SECOND AFFIRMATIVE DEFENSE

## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate Plaintiff's damages.

## FOURTH AFFIRMATIVE DEFENSE

## (LACHES)

The Complaint and each claim for relief therein are barred by laches.

## FIFTH AFFIRMATIVE DEFENSE

## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SIXTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

## (IMMUNITY)

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

25

EXPERIAN ANSWER TO COMPLAINT                    CASE NO. 2:26-CV-03783-AH-MBK

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## NINTH AFFIRMATIVE DEFENSE

### (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## TENTH AFFIRMATIVE DEFENSE

### (INDEPENDENT INTERVENING CAUSE)

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## ELEVENTH AFFIRMATIVE DEFENSE

### (FEDERAL PREEMPTION)

Any and all state claims Plaintiff brings against Experian are preempted by the federal Fair Credit Reporting Act.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:      June 12, 2026      **GOODWIN PROCTER LLP**

By: */s/ Benjamin Shin*

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

26

EXPERIAN ANSWER TO COMPLAINT                                CASE NO. 2:26-CV-03783-AH-MBK

BENJAMIN SHIN (SBN 358333)
*BShin@goodwinlaw.com*
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXPERIAN ANSWER TO COMPLAINT                                    CASE NO. 2:26-CV-03783-AH-MBK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, I presented the foregoing DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 12, 2026

*/s/ Benjamin Shin*
Benjamin Shin

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE