Melissa Saracyan (State Bar No. 311522)
msaracyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949.757.4500 ♦ Fax: 949.757.4550

Attorneys for Defendants SUNSTRONG MANAGEMENT LLC and JUNIPER 1
RESIDENTIAL SOLAR, LLC,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| WILLIAM L. SEEGERS,<br><br>Plaintiff,<br><br>v.<br><br>SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING , LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC<br><br>Defendant. | Case No. 2:26-cv-03783<br><br>**DEFENDANTS SUNSTRONG MANAGEMENT LLC, and JUNIPER 1 RESIDENTIAL SOLAR LLC'sANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL**<br><br>[The Hon. Steve Kim]<br><br>Trial Date:        None Set |

COMES NOW Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, and LAUNCH SERVICING, LLC ("Defendants") hereby answers Plaintiff WILLIAM L. SEEGERS ("Plaintiff") Complaint, paragraph by paragraph, and submits its affirmative defenses thereto as follows:

**General Statement**

Defendants repeat the headings and subheadings of the Complaint for purposes of organization and reference only. No response is required to the Complaint headings and subheadings. In the alternative, to the extent a response is deemed required, those

averments are denied.

## **Introduction**[1]

1.     Paragraph 1 consists of an overview of the Fair Credit Reporting Act to which no response is required.

2.     Paragraph 2 consists of an overview of California Consumer Credit Reporting Agencies Act to which no response is required.

3.     Paragraph 3 consists of an overview of Fair Debt Collection Practices Act to which no response is required.

4.     Paragraph 4 consists of an overview of Rosenthal Fair Debt Collection Practices Act to which no response is required.

5.     Paragraph 5 consists of Plaintiff's characterization of this case and the nature of the action to which no response is required.

6.     Paragraph 6 consists of Plaintiff's knowledge of allegations to which no response is required.

7.     Paragraph 7 does not contain any allegations to which no response is required.

8.     Defendant lacks knowledge or information sufficient to form a belief regarding Defendant's conduct occurred in California of the allegation in paragraph 8 and, on that basis, denies them.

9.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and, on that basis, denies them.

10.    Paragraph 10 does not contain any allegations to which no response is required.

## **Jurisdiction and Venue**

11.    Paragraph 11 contains Plaintiff's jurisdiction allegations to which no

---

[1] For ease of reference only, Defendant's Answer replicates the headings contained in the First Amended Complaint.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550

43946069.1:12988-0072                 -2-                 Case No. 2:26-cv-03783

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

response is required.

12.     Paragraph 12 lists four of causes of action which Defendant denies.

13.     The allegations contained in Paragraph 13 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is deemed required, Defendant admits only that it conduct business in California. Any remaining allegations contained in Paragraph 13 of the Complaint are denied, and Defendant specifically denies any wrongdoing to the extent alleged in Paragraph 13.

14.     Paragraph 14 contains Plaintiff's venue allegations to which no response is required.

15.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 and, on that basis, denies them.

16.     Defendant admits that it's principal address is 20 Greenway Plaza, Suite 540 Houston, TX 77046.

17.     The allegations contained in paragraph 17 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies.

18.     The allegations contained in paragraph 18 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies.

19.     Paragraph 19 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

20.     Paragraph 20 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

21.     Paragraph 21 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

SunStrong Management LLC is required.

22. Paragraph 22 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

23. The allegations contained in paragraph 23 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies.

24. Paragraph 24 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

25. Paragraph 25 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

26. Paragraph 26 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

27. Paragraph 27 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is deemed required, Defendant denies.

28. Paragraph 28 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is deemed required, Defendant denies.

29. Paragraph 29 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is deemed required, Defendant denies.

30. Paragraph 30 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is deemed required, Defendant denies.

31.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 and, on that basis, denies them.

### General Allegations

32.    Paragraph 32 does not contain allegations against SunStrong Management LLC and concerns other Defendants, to which no response from SunStrong Management LLC is required.

33.    Defendant admits it conducts business within the State of California.

34.    The allegations contained in paragraph 34 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies.

35.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35 and, on that basis, denies them.

36.    The allegations contained in paragraph 36 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies

37.    The allegations contained in paragraph 37 of the Complaint call for a legal conclusion which no response is required. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies

38.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and, on that basis, denies them.

### Factual Allegations Re: Launch Servicing/SunPower/SunStrong Management/LSL/SunPower Corporation Account No. 80* or *4505

39.    Paragraph 39 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

40.    Defendant admits allegation that on April 19, 2024, a contract was entered into between Plaintiff and SunPower Corporation for installation of a solar panel system and Tesla Powerwall battery storage system. Defendant lacks

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 40 and, on that basis, denies them.

41. Defendant admits that the Launch Servicing Loan was first distributed on July 8, 2024, for loan ID ending in 4505. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 41 and, on that basis, denies them.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42 and, on that basis, denies them.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and, on that basis, denies them.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 and, on that basis, denies them.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and, on that basis, denies them.

46. Defendant admits that SunPower Corporation bankruptcy occurred. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 46 and, on that basis, denies them.

47. Defendant admits that SunPower Corporation bankruptcy occurred. Defendant admits SunStrong Management LLC is servicing Plaintiff's loan and Launch Servicing is subservicing Plaintiff's account. Defendant further admits that Sun Strong Management LLC began sending billing communications on December 7, 2024. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 47 and, on that basis, denies them.

48. Upon information and belief, Defendant admits that Launch Serving first reported a delinquency on February 6, 2025.

49. Paragraph 49 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 49 contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

and, on that basis, denies them.

50.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and, on that basis, denies them.

51.   Paragraph 51 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 51 contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

52.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52 and, on that basis, denies them.

53.   Paragraph 53 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 53 contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

54.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 54 and, on that basis, denies them.

55.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 55 and, on that basis, denies them.

56.   Paragraph 56 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

57.   Paragraph 57 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

58.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 58 and, on that basis, denies them.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

59. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 59 and, on that basis, denies them.

60. Paragraph 60 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 60 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

61. Paragraph 61 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

62. Paragraph 62 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

63. Paragraph 63 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

64. Paragraph 64 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

65. Paragraph 65 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

66. Paragraph 66 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 66 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

67.    Defendant admits that an email was sent on March 5, 2026. However, the remaining of Paragraph 67 contains Plaintiff's legal conclusions which no response is required.

68.    Paragraph 68 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 68 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

69.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 69 and, on that basis, denies them.

70.    Paragraph 70 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 70 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

71.    Paragraph 71 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 71 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

72.    Paragraph 72 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

73.    Paragraph 73 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

74.    Paragraph 74 does not contain allegations against SunStrong

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

Management LLC, to which no response from SunStrong Management LLC is required.

75. Paragraph 75 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

76. Paragraph 76 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 76 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

77. Paragraph 77 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 77 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

78. Paragraph 78 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 78 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations as to SunStrong Management LLC in paragraph 79 and, on that basis, denies them.

80. Paragraph 80 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 80 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

81.    Paragraph 81 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 81 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

## Cause of Action Claimed by Plaintiff

## Count 1

## Violation of Fair Credit Reporting Act 15 U.S.C. §§ 1681-1881X (FCRA)

## [Against All Defendants]

82.    Defendant incorporates by reference its responses to all preceding paragraphs.

83.    Paragraph 83 contained Plaintiff's legal conclusions which no response is required.

84.    Paragraph 84 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 84 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

85.    Paragraph 85 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

86.    Paragraph 86 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

87.    Paragraph 87 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 87 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

them.

88.    Paragraph 88 contained Plaintiff's legal conclusions which no response is required.

## Count II

## Violation of The California Consumer Credit Reporting Agencies Act

## Cal. Civ. Code § 1785.1, Et Seq.

## [Against All Defendants]

89.    Defendant incorporates by reference its responses to all preceding paragraphs.

90.    Paragraph 90 contained Plaintiff's legal conclusions which no response is required.

91.    Paragraph 91 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 91 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

92.    Paragraph 92 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

93.    Paragraph 93 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

94.    Paragraph 94 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 94 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

95.    Paragraph 95 contained Plaintiff's legal conclusions which no response

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

is required.

## Count III

## Violation of The Fair Debt Collection Practices Act

## 15 U.S.C. §§ 1692 Et Seq.

## [Against Launch Servicing Only]

96. Defendant incorporates by reference its responses to all preceding paragraphs.

97. Paragraph 97 contained Plaintiff's legal conclusions which no response is required.

98. Paragraph 98 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

99. Paragraph 99 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

100. Paragraph 100 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

101. Paragraph 101 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

102. Paragraph 102 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

## Count IV

## Violation of The Rosenthal Fair Debt Collection Practices Act

## California Civil Code §§ 1788. Et Seq.

## [Against SunStrong and Launch Servicing Only]

103. Defendant incorporates by reference its responses to all preceding paragraphs.

104. Paragraph 104 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 104 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

105. Paragraph 105 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 105 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

106. Paragraph 106 does not contain allegations against SunStrong Management LLC, to which no response from SunStrong Management LLC is required.

107. Paragraph 107 contained Plaintiff's legal conclusions which no response is required.

108. Paragraph 108 contained Plaintiff's legal conclusions which no response is required. To the extent paragraph 108 contains allegations of fact as to SunStrong Management LLC, SunStrong Management LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and, on that basis, denies them.

109. Paragraph 109 contained Plaintiff's legal conclusions which no response is required.

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

110. Paragraph 110 contained Plaintiff's legal conclusions which no response is required.

The remaining paragraphs constitute Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief. All allegations not specifically responded to above are denied.

## DEFENSES

Defendant asserts the following defenses and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation. In asserting these defenses, Defendant does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon Plaintiff.

## FIRST AFFIRMATIVE DEFENSE

110. The Complaint on file herein and each and every cause of action alleged therein, fail in whole or in part to state a claim upon which relief can be granted against Defendants.

## SECOND AFFIRMATIVE DEFENSE

111. Plaintiff has not alleged and cannot state a claim for violation of the FDCPA against Defendants.

## THIRD AFFIRMATIVE DEFENSE

112. Plaintiff has not alleged and cannot state a claim for violation of the Rosenthal Act against Defendants.

## FOURTH AFFIRMATIVE DEFENSE

113. Defendants plead the defense of improper venue.

## FIFTH AFFIRMATIVE DEFENSE

114. Defendants plead the defense of lack of personal jurisdiction.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550

## SIXTH AFFIRMATIVE DEFENSE

115. Defendants assert that Plaintiff's claims are barred in whole or part by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

116. Defendants assert that the Plaintiff's claims are barred in whole or in part by the applicable statute of repose.

## EIGHTH AFFIRMATIVE DEFENSE

117. Defendants assert that the Plaintiff's claims are barred in whole or in part by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

118. Plaintiff's claims are barred in whole or in part by California's Economic Loss Doctrine.

## TENTH AFFIRMATIVE DEFENSE

119. Plaintiff has failed to satisfy all conditions precedent to the relief it is seeking.

## ELEVENTH AFFIRMATIVE DEFENSE

120. Plaintiff has failed to mitigate its damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

121. Any damages sustained by Plaintiff were solely or proximately caused by the acts, omissions, or conduct of other individuals or entities over whom Defendants has no control or right of control or for whom it is in no way liable or responsible.

## THIRTEENTH AFFIRMATIVE DEFENSE

121. Plaintiff's claims are barred in whole or in part due to the contributory fault, comparative fault, or other wrongful conduct committed by Plaintiff or other persons or entities for whom Defendants have no control and is not responsible.

**FOURTEENTH AFFIRMATIVE DEFENSE**

122.   Plaintiff's damages, if any, were caused by its own respective fault, the fault of its respective agents, or the fault of others, such that fault must be allocated pursuant to California's pure comparative fault doctrine.

**FIFTEENTH AFFIRMATIVE DEFENSE**

123.   Plaintiff's claims are barred in whole or in part due to lack of privity and/or lack of any special relationship with Defendants.

**SIXTEENTH AFFIRMATIVE DEFENSE**

124.   Defendants assert that some or all of Plaintiff's claims are barred by the doctrine of waiver.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

125.   Defendants assert that some or all of Plaintiff's claims are barred by the doctrine of estoppel.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

126.   Defendants assert that some or all of Plaintiff's claims are barred by the doctrine of unclean hands.

**NINETEENTH AFFIRMATIVE DEFENSE**

127.   No act or omission of Defendants was the proximate cause of any damages allegedly suffered by Plaintiff.

**TWENTIETH AFFIRMATIVE DEFENSE**

128.   Defendants pleads failure to join necessary or indispensable parties.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

129.   Defendants assert its entitlement to a settlement credit or setoff equal in amount to all settlement payments made by the parties to this lawsuit or any other allegedly responsible person or entity.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

130.   Plaintiff is not entitled to attorneys' fees.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

## TWENTY-THIRD AFFIRMATIVE DEFENSE

131. Defendants allege that its acts and/or omissions were not a substantial factor in bringing about the damages for which Plaintiff seeks recovery.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

132. Plaintiff lacks standing to prosecute these claims.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

133. Any violation of law, which is specifically denied, was not intentional and resulted from a bona fide error.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

134. Defendants do not qualify as "debt collector" under the FDCPA.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

135. Defendants acted in good faith at all times such that there was no material breach of the FDCPA.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

136. Defendants did not make any material false or misleading representation to Plaintiff.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

137. Plaintiff did not justifiably rely upon any alleged false or misleading representation such that there was no material violation of the FDCPA.

## THIRTIETH AFFIRMATIVE DEFENSE

138. All amounts attempted to be collected by Defendants are reasonable and lawful pursuant to federal law and/or California law.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

139. Defendants reserve the right to assert additional affirmative defenses that become known or available during the course of discovery.

## **PRAYER**

WHEREFORE, Defendants prays that this Court:

A.    Dismiss Plaintiff's Complaint, and the causes of action contained therein, with prejudice;

B.    Award to Defendants the costs and reasonable attorneys' fees in defending this action as allowed by law; and

C.    For any other relief which the Court may deem appropriate.

DATED: June 23, 2026                    WOOD, SMITH, HENNING & BERMAN LLP

By: _____

MELISSA SARACYAN

Attorneys for Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC,

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550

## **DEMAND FOR JURY TRIAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants, SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, hereby demands a jury trial in the above-entitled action.

DATED: June 23, 2026        WOOD, SMITH, HENNING & BERMAN LLP

By: _____

MELISSA SARACYAN

Attorneys for Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC,

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550

43946069.1:12988-0072          -1-          Case No. 2:26-cv-03783

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

## PROOF OF SERVICE

**William L. Seegers v. SunStrong Management, LLC, et al.**
**Case No. 2:26-cv-03783-SK**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On June 23, 2026, I served the following document(s) described as **DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 23, 2026, at Santa Monica, California.

_____  *Amy Anderson*
Amy Anderson

43946069.1:12988-0072                    -1-                    Case No. 2:26-cv-03783

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL

**SERVICE LIST**
**William L. Seegers v. SunStrong Management, LLC, et al.**
**Case No. 2:26-cv-03783-SK**

Matthew M. Loker, Esq.
Shelby J. Radecki, Esq.
Loker Law, APC
132 Bridge Street
Arroyo Grande, CA 93420
Tel: (805) 623-0633
E-Mail: shelby.radecki@loker.law;
matt.loker@loker.law

**Attorneys for Plaintiff, WILLIAM L. SEEGERS**

Clark Ovruchesky, Esq.
C.O. Law, APC
845 15th St., Suite 153
San Diego, CA 92101
Tel: (619) 356-8960
E-Mail: co@colawcalifornia.com

**Attorney for Plaintiff, WILLIAM L. SEEGERS**

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

43946069.1:12988-0072                                                    -2-                                        Case No. 2:26-cv-03783

DEFENDANTS SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR LLC AND LAUNCH
SERVICING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL