Andrew M. Cummings (SBN 305081)
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA  92660
Tel.: 949.833.8550
Fax: 949.833.8540
E-mail: andrew.cummings@hklaw.com

Justin C. Adofina (SBN 333390)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail:  justin.adofina@hklaw.com

Attorneys for Defendant
Launch Servicing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WILLIAM L. SEEGERS,

Plaintiff,

v.

SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC,

Defendants.

Case No.: 2:26-cv-03783-AH-MBK

**LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT**

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

Defendant Launch Servicing, LLC ("Defendant"), by and through its attorneys, hereby submits its Answer and Affirmative Defenses to Plaintiff William Seegers' ("Plaintiff") Complaint as follows:

## **ANSWER**

### **INTRODUCTION**

1.　In response to paragraph 1 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the Fair Credit Reporting Act ("FCRA") or that Plaintiff is entitled to any relief sought in this action from Defendant.

2.　In response to paragraph 2 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the California Consumer Credit Reporting Agencies Act ("CCRAA") or that Plaintiff is entitled to any relief sought in this action from Defendant.

3.　In response to paragraph 3 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the Fair Debt Collection Practices Act ("FDCPA") or that Plaintiff is entitled to any relief sought in this action from Defendant.

4.　In response to paragraph 4 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") or that Plaintiff is entitled to any relief sought in this action from Defendant.

5.　In response to paragraph 5 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA,

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

6.      In response to paragraph 6 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

7.      In response to paragraph 7 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

8.      In response to paragraph 8 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

9.      In response to paragraph 9 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

10.      In response to paragraph 10 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. To the extent a response is required, Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action from Defendant.

//

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

## JURISDICTION AND VENUE

11. In response to paragraph 11 of the Complaint, the paragraph is a statement of jurisdiction. To the extent a response is required, Defendant admits only that the Court currently has jurisdiction over the claims, absent either or both parties exercising any right to arbitrate the claims at issue here.

12. In response to paragraph 12 of the Complaint, the allegations are general statements regarding the claims purportedly raised by Plaintiff. Defendant specifically denies that it violated the FCRA, CCRAA, FDCPA, RFDCPA, or that Plaintiff is entitled to any relief sought in this action.

13. In response to paragraph 13 of the Complaint, the paragraph is a statement of jurisdiction. To the extent a reasons is required, Defendant admits only that the Court currently has jurisdiction over the claims against Defendant, absent either or both parties exercising any right to arbitrate the claims at issue here.

14. In response to paragraph 14 of the Complaint, the paragraph is a statement of venue. To the extent a response is required, Defendant is not aware of any basis to challenge the current venue. Thus, Defendant admits that venue is proper absent either or both parties exercising the right to arbitrate the claims at issue here.

## PARTIES

15. In response to paragraph 15 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

16. In response to paragraph 16 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

17. In response to paragraph 17 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

18.    In response to paragraph 18 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

19.    In response to paragraph 19 of the Complaint, admitted.

20.    In response to paragraph 20 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

21.    In response to paragraph 21 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

22.    In response to paragraph 22 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

23.    In response to paragraph 23 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

24.    In response to paragraph 24 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 4 -

to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

25. In response to paragraph 25 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

26. In response to paragraph 26 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

27. In response to paragraph 27 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

28. In response to paragraph 28 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

29.    In response to paragraph 29 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

30.    In response to paragraph 30 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

31.    In response to paragraph 31 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

//

//

//

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 6 -

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

**GENERAL ALLEGATIONS**

32.    In response to paragraph 32 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

33.    In response to paragraph 33 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

34.    In response to paragraph 34 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

35.    In response to paragraph 35 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

36.    In response to paragraph 36 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

37.    In response to paragraph 37 of the Complaint, Defendant denies the allegations. With respect to allegations directed at other parties, Defendant lack sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

38.    In response to paragraph 38 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

//
//
//
//
//

- 7 -

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

**FACTUAL ALLEGATIONS RE: LAUNCH SERVICING/SUNPOWER/SUNSTRONG MANAGEMENT/LSL SUNPOWER CORPORATION ACCOUNT NO. 80* OR *4505**

39. In response to paragraph 39 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

40. In response to paragraph 40 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

41. In response to paragraph 41 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

42. In response to paragraph 42 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

43. In response to paragraph 43 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

44. In response to paragraph 44 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

45. In response to paragraph 45 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

46. In response to paragraph 46 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

47. In response to paragraph 47 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

48. In response to paragraph 48 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

49. In response to paragraph 49 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations.

50. In response to paragraph 50 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

51. In response to paragraph 51 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

52. In response to paragraph 52 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

53. In response to paragraph 53 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

54. In response to paragraph 54 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

55. In response to paragraph 55 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

56. In response to paragraph 56 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

57. In response to paragraph 57 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

58. In response to paragraph 58 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

59. In response to paragraph 59 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

60. In response to paragraph 60 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to the allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

61. In response to paragraph 61 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

62. In response to paragraph 62 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

63. In response to paragraph 63 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

64. In response to paragraph 64 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

65. In response to paragraph 65 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

66. In response to paragraph 66 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

67. In response to paragraph 67 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

68. In response to paragraph 68 of the Complaint, Defendant denies the allegations.

69. In response to paragraph 69 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and on that basis denies.

70. In response to paragraph 70 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to the allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 11 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

71. In response to paragraph 71 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and, on that basis, Defendant denies the allegations. With respect to the allegations directed at other parties, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

72. In response to paragraph 72 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

73. In response to paragraph 73 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

74. In response to paragraph 74 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

75. In response to paragraph 75 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 12 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

76.     In response to paragraph 76 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

77.     In response to paragraph 77 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

78.     In response to paragraph 78 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

79.     In response to paragraph 79 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations,

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone:  949.833.8550
Facsimile:  949.833.8540

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

80. In response to paragraph 80 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

81. In response to paragraph 81 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, the Paragraph contains allegations that are directed at a party or parties other than the answering Defendant.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations.

**CAUSES OF ACTION CLAIM BY PLAINTIFF**

**COUNT I**

**VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. §§ 1681-1681X (FCRA)**

**[AGAINST ALL DEFENDANTS]**

82. In response to paragraph 82 of the Complaint, Defendant incorporates its answers to the preceding paragraphs as though fully set forth herein.

83. In response to paragraph 83 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

84. In response to paragraph 84 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

85.     In response to paragraph 85 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

86.     In response to paragraph 86 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

87.     In response to paragraph 87 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

88.     In response to paragraph 88 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FCRA or that Plaintiff is entitled to any relief sought in this action.

## COUNT II

## VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT

## CAL. CIV. CODE § 1785.1, ET SEQ.

## [AGAINST ALL DEFENDANTS]

89.     In response to paragraph 89 of the Complaint, Defendant incorporates its answers to the preceding paragraphs as though fully set forth herein.

90.     In response to paragraph 90 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the CCRAA or that Plaintiff is entitled to any relief sought in this action.

- 15 -

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

91. In response to paragraph 91, Defendant admits only that it furnishes information to CRAs. As to the remaining allegations, lacks sufficient knowledge or information to form a belief as to the truth of those allegations and, on that basis, Defendant denies the allegations. Defendant specifically denies that it violated the CCRAA, or that Plaintiff is entitled to any relief sought in this action.

92. In response to paragraph 92, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the CCRAA or that Plaintiff is entitled to any relief sought in this action.

93. In response to paragraph 93 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the CCRAA or that Plaintiff is entitled to any relief sought in this action.

94. In response to paragraph 94 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the CCRAA or that Plaintiff is entitled to any relief sought in this action.

95. In response to paragraph 95 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the CCRAA or that Plaintiff is entitled to any relief sought in this action.

## COUNT III

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. §§ 1692 ET SEQ.

## [AGAINST LAUNCH SERVICING ONLY]

96. In response to paragraph 96 of the Complaint, Defendant incorporates its answers to the preceding paragraphs as though fully set forth herein.

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 16 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

97.    In response to paragraph 97 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

98.    In response to paragraph 98 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

99.    In response to paragraph 99 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

100.    In response to paragraph 100 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

101.    In response to paragraph 101 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

102.    In response to paragraph 102 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the FDCPA or that Plaintiff is entitled to any relief sought in this action.

//

//

//

//

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 17 -

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

**COUNT IV**

**VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

**CALIFORNIA CIVIL CODE §§ 1788. ET SEQ.**

**[AGAINST SUNSTRONG AND LAUNCH SERVICING ONLY]**

103.   In response to paragraph 103 of the Complaint, Defendant incorporates its answers to the preceding paragraphs as though fully set forth herein.

104.   In response to paragraph 104 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

105.   In response to paragraph 105 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

106.   In response to paragraph 106 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

107.   In response to paragraph 107 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

108.   In response to paragraph 108 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 18 -

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

109.   In response to paragraph 109 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

110.   In response to paragraph 110 of the Complaint, the allegations contain legal conclusions, and therefore no response is required. To the extent that a response is required, Defendant denies that it violated the RFDCPA or that Plaintiff is entitled to any relief sought in this action.

## PRAYER FOR RELIEF

In response to the Paragraph wherein Plaintiff purports to set forth a "Prayer for Relief," Defendant denies that Plaintiff suffered any damages attributable to any act or omission of Defendant, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever, and denies all allegations not expressly admitted in the foregoing.

## TRIAL BY JURY

111.   The Demand for Jury Trial requires no response. To the extent a response is required, Defendant admits that Plaintiff has demanded a jury trial.

## <u>AFFIRMATIVE DEFENSES</u>

Without assuming any burden that it would not otherwise have, Defendant pleads the following separate and affirmative defenses. The following defenses are based on Defendant's knowledge, information, and belief at this time. Defendant reserves the right to amend and/or supplement its Answer to assert any and all pertinent defenses ascertained through further investigation and discovery obtained in this action. Defendant will rely on all defenses that may become available during discovery or trial.

### <u>FIRST AFFIRMATIVE DEFENSE</u>

Defendant asserts that Plaintiff's claims may be subject to an arbitration provision contained in the agreement at issue.

- 19 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone:  949.833.8550
Facsimile:  949.833.8540

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state any claim upon which relief may be granted as to Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has not alleged or experienced any actual damages which were caused by Defendant, or for which Defendant is liable.

## FOURTH AFFIRMATIVE DEFENSE

To the extent Plaintiff has experienced any actual damages, such damages were the result of a superseding and/or intervening cause for which Defendant is not legally responsible.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring or maintain the claim asserted in the Complaint as he has not suffered any actual damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate his damages.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff has suffered or will suffer any damages as a result of the conduct alleged in the Complaint, such damages were caused, in whole or in part, by the actions or omissions of other persons or entities over which Defendant had no control and for which Defendant is not liable, including, but not limited to, Plaintiff himself.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff has suffered or will suffer any damages as a result of the conduct alleged in the Complaint attributable to the actions or omissions of Defendant, such damages were caused, in whole or in part, by the actions or omissions of Plaintiff and any claim or recovery (if any) must be barred or reduced in proportion to Plaintiff's fault.

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

NINTH AFFIRMATIVE DEFENSE

Defendant is not liable because it acted in good faith and conformity with applicable rules, regulations, and statutory interpretations.

TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims based on alleged misrepresentations are barred because the representations alleged by Plaintiff were not material in that, in light of information commonly known to consumers, promoters, distributors, they were not likely to affect their purchasing decisions. Defendant's representations and actions alleged in the Complaint were not likely to mislead consumers acting reasonably under the circumstances.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive or exemplary damages from Defendant on any cause of action alleged in the Complaint. Any award of punitive or exemplary damages would violate the due process and/or equal protection clauses of the California and United States constitutions.

TWELFTH AFFIRMATIVE DEFENSE

While denying that Plaintiff has stated a valid claim or claims under California Business & Professions Code Section 17200, if such claims are found to exist, an order for restitution is barred to the extent that Plaintiff did not pay monies directly to Defendant. *See, e.g.*, *Korea Supply Co. v. Lockheed Martin Corp.,* 29 Cal. 4th 1134 (2003).

THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because Defendant, at all times, acted in good faith.

FOURTEENTH AFFIRMATIVE DEFENSE

Although Defendant denies any liability in this action, to the extent any alleged conduct of Defendant supposedly gave rise to Plaintiff's claims, it would have resulted

- 21 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

from an unintentional, bona fide error notwithstanding the maintenance of policies and procedures reasonably adapted to avoid any such error.

FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations and/or the doctrines of estoppel, waiver and laches.

SIXTEENTH AFFIRMATIVE DEFENSE

Defendant specifically denies acting with any willfulness, oppression, fraud or malice towards Plaintiff.

SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff is precluded from any recovery from Defendant for a willful or knowing violation because any such violation, which Defendant denies occurred, would not have been willful or knowing.

EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional affirmative defenses or defenses of which it becomes knowledgeable during the course of discovery.

**PRAYER**

WHEREFORE, defendant prays as follows:

1. That Plaintiff takes nothing by reason of their Complaint;
2. That judgment be rendered in favor of Defendant;
3. That Defendant be awarded its costs of suit incurred in defense of this action;
4. For reasonable attorneys' fees as may be permitted by contract or law; and
5. For such other relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Defendant demands a jury trial on all claims for relief so triable.

//
//

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

- 22 -
LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT

Dated:  July 6, 2026

HOLLAND & KNIGHT LLP

By:  _/s/ Justin C. Adofina_
    Andrew M. Cummings
    Justin C. Adofina

Attorneys for Defendant
Launch Servicing, LLC

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone:  949.833.8550
Facsimile:  949.833.8540

LAUNCH SERVICING, LLC'S ANSWER AND DEFENSES TO COMPLAINT