NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Melissa Saracyan (State Bar No. 311522)
Wood, Smith, Henning & Berman LLP
401 Wilshire Blvd., Suite 1070
Santa Monica, California 90401
Phone: 310.481.7600
Email: msaracyan@wshblaw.com

ATTORNEY(S) FOR: SUNSTRONG MANAGEMENT LLC and JUNIPER 1 RESIDENTIAL SOLAR, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM L. SEEGERS<br><br>Plaintiff(s),<br>v.<br><br>SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING , LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-03783<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, SUNSTRONG MANAGEMENT LLC and JUNIPER 1 RESIDENTIAL SOLAR, LLC

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William L. Seegers | Plaintiff |
| SUNSTRONG MANAGEMENT LLC | Defendant |
| JUNIPER 1 RESIDENTIAL SOLAR, LLC | Defendant |
| LAUNCH SERVICING , LLC | Defendant |
| EXPERIAN INFORMATION SOLUTIONS, INC | Defendant |
| EQUIFAX INFORMATION SERVICES LLC | Defendant |

July 8, 2026
Date

*/s/ Melissa Saracyan*
Signature
Melissa Saracyan, Esq.

Attorney of record for (or name of party appearing in pro per):
SUNSTRONG MANAGEMENT LLC and JUNIPER 1 RESIDENTIAL SOLAR, LLC

**NOTICE OF INTERESTED PARTIES**



American LegalNet, Inc.
www.FormsWorkFlow.com