NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Andrew M. Cummings (SBN 305081)
Justin C. Adofina (SBN 333390)
HOLLAND & KNIGHT LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA  92660
Tel.:  949.833.8550
E-mail:  andrew.cummings@hklaw.com;
     justin.adofina@hklaw.com
ATTORNEY(S) FOR: Launch Servicing, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SEEGERS,<br><br>Plaintiff(s),<br><br>v.<br><br>SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-03783-AH-MBK<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant, Launch Servicing, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LAUNCH SERVICING, LLC | Defendant |
| GOAL STRUCTURED SOLUTIONS LLC | Parent Company, Not Publicly Traded/100% Owner |

July 9, 2026
Date

/s/ Justin C. Adofina
Signature
Justin C. Adofina

Attorney of record for (or name of party appearing in pro per):

Launch Servicing, LLC

CV-30 (05/13)          **NOTICE OF INTERESTED PARTIES**