LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM L. SEEGERS,**<br>Plaintiff,<br>**v.**<br>**SUNSTRONG MANAGEMENT LLC, LAUNCH SERVICING, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES LLC,**<br>Defendants. | **Case No.: 2:26-cv-03783-AH-MBK**<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**HON. MICHAEL B. KAUFMAN** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: Oct 26, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE